**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MICROSOFT CORPORATION,

Plaintiff,

v.

PC ADVENTURES, INC.,
and HAROLD CREEK,

Defendants.

Civil No. 01-842 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: May 22, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Microsoft Corp.

vs. 01-842ADM/AJB

PC Adventures, Inc.

The above-entitled action has been re-assigned to Judge Ann D. Montgomery and referred to Magistrate Judge Arthur J. Boylan. Please note the change in the judges initials and refer to the above-file number and judges initials when submitting documents to the court for filing.