**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION,
a Washington corporation

Plaintiff,

v.

PC ADVENTURES, INC., a Minnesota corporation; HAROLD CREEK, an individual

Defendants

File No. 01-842 ADM/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that defendants PC Adventures, Inc., and Harold Creek, an individual, shall have until June 15, 2001 to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: June 6, 2001

FAEGRE & BENSON LLP

By [signature]
Felicia J. Boyd #186168
Julie Knox Chosy, #225228
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Plaintiff
MICROSOFT CORPORATION

JUN 08 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: June 5, 2001

JARDINE, LOGAN & O'BRIEN PLLP

By [signature]

Larry Rocheford #153412
Suite 2100, 444 Cedar St.
St. Paul, MN 55101
(651) 290-6516

Attorneys for Defendants
PC ADVENTURES, INC.,
HAROLD CREEK

**ORDER**

Based on the foregoing Stipulation, PC Adventures, Inc., and Harold Creek shall have until June 15, 2001 to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: 6/8/01

[signature]
United States Magistrate Judge

M2:20391687.01