UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Microsoft Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PC Adventures, Inc. and Harold Creek,<br><br>Defendants. | Case No. 01-CV-842 ADM/AJB<br><br>**STIPULATED PERMANENT INJUNCTION** |

Plaintiff Microsoft Corporation ("Microsoft"), and Defendants Harold Creek, an individual, and PC Adventures, a Minnesota corporation (collectively "Defendants"), hereby stipulate that Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1) 1,256,083 ("MICROSOFT");

(2) 1,200,236 ("MICROSOFT");

(3) 1,816,354 (WINDOWS FLAG LOGO);

(4) 1,815,350 (COLORED WINDOWS LOGO);

(5) 1,982,562 (PUZZLE PIECE LOGO);

(6) 1,475,795 ("POWERPOINT");

FEB 1 5 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

(7) 2,188,125 ("OUTLOOK");

(8) 1,741,086 ("MICROSOFT ACCESS"); and

(9) 1,592,783 ("BOOKSHELF");

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration Numbers:

(1) TX 4-395-984 (Microsoft Office 97 (Professional Edition));

(2) TX 4-395-639 (Microsoft Access 97);

(3) TX 4-395-640 (Microsoft Excel 97);

(4) TX 4-395-686 (Microsoft Outlook 97);

(5) TX 4-395-685 (Microsoft Powerpoint 97);

(6) TX 4-395-687 (Microsoft Word 97);

(7) TX 4-905-936 (Microsoft Office 2000 (Professional Edition));

(8) TX 4-905-950 (Microsoft Access 2000);

(9) TX 4-905-949 (Microsoft Excel 2000);

(10) TX 4-906-019 (Microsoft Outlook 2000);

(11) TX 4-905-952 (Microsoft PowerPoint 2000);

(12) TX 4-905-937 (Publisher 2000); and

(13) TX 4-905-951 (Word 2000);

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark

and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) disposing of or destroying any documents or related materials that indicate, reference, or otherwise evidence that Defendants have installed, marketed, manufactured, distributed, advertised, and/or duplicated counterfeit or infringing software programs or other components or items which either bear any of Microsoft's trademarks or service mark, or incorporate or include any of Microsoft's copyrighted software programs and/or components, or any other simulations, copies, colorable imitations, or counterfeits of any of Microsoft's copyrighted and/or trademark-protected software programs and/or components, except that documents and related materials may be disposed of or destroyed in accordance with a business document destruction policy after a period of five years from the date the document or materials were created;

(g) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

(h) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (g) above.

Nothing in this Order shall prohibit the Enjoined Parties from distributing genuine Microsoft software or hardware which is obtained from sources authorized by Microsoft, including but not limited to, Authorized Distributors, if such distribution is done according to the terms of the applicable licensing agreements for the Microsoft software or hardware. Distribution of any Microsoft software or hardware by the Enjoined Parties in violation of any term of an applicable Microsoft licensing agreement, including but not limited to distribution of unbundled software, is expressly prohibited.

**IT IS SO STIPULATED.**

DATED: 15 JAN 02, 2002

**PC Adventures, Inc.**

Harold L. Creek
President

DATED: 15 JAN, 2002

**Harold Creek**

Harold L. Creek

DATED: February 13, 2002

**Microsoft Corporation**

Janice L. Block

Approved as to form:

DATED:________________________, 2002

**FAEGRE & BENSON LLP**

Felicia J. Boyd (#186168)
Kara L. Benson (#248290)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

DATED: Jan. 15, 2002

**JARDINE, LOGAN & O'BRIEN, PLLP**

Lawrence M. Rocheford (#153412)
Sarah Sanville (#300445)
444 Cedar Street, Suite 2100
St. Paul, MN 55101-2160
Telephone: (651) 290-7412

**IT IS SO ORDERED.**

DATED: February 15, 2002

**The Honorable Ann D. Montgomery**
**United States District Court Judge**

M2:20418017.04