# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Microsoft Corporation,

Plaintiff,

v.

PC Adventures, Inc. and Harold Creek,

Defendants.

Case No. 01-CV-842 ADM/AJB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Microsoft Corporation ("Microsoft") and Defendants PC Adventures, Inc. and Harold Creek, (collectively, "Defendants") have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants PC Adventures, Inc., a Minnesota corporation, and Harold Creek, an individual, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the Settlement Agreement and Release between Microsoft and Defendants.

FILED FEB 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**IT IS SO STIPULATED.**

Dated: February 14, 2002

For Plaintiff MICROSOFT CORPORATION, a Washington corporation :
FAEGRE & BENSON LLP

Felicia J. Boyd, #186168
Kara L. Benson, #248290
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Plaintiff
Microsoft Corporation

For DEFENDANTS PC Adventures, Inc., a Minnesota corporation; and Harold Creek, an individual:

Dated: 15 January, 2002

JARDINE, LOGAN & O'BRIEN, PLLP

Lawrence M. Rocheford (#153412)
Sarah Sanville (#300445)
444 Cedar Street, Suite 2100
St. Paul, MN 55101-2160
Tel. (651) 290-7412

Attorneys for Defendants
PC Adventures, Inc. and Harold Creek

M2:20434710.01

# ORDER

Good cause appearing therefore, **IT IS ORDERED THAT**:

PC Adventures, Inc., a Minnesota corporation; and Harold Creek, an individual, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the Settlement Agreement and Release between Microsoft and Defendants.

Dated: February 15, 2002

The Honorable Ann D. Montgomery
UNITED STATES DISTRICT JUDGE